# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BILL LIETZKE | * |
| 547 SOUTH PERRY STREET | |
| APARTMENT 10 | * |
| MONTGOMERY, ALABAMA  36104 | |
| *(Full name and address of the plaintiff)* | |
| **Plaintiff(s)** | * |
| vs. | |
| REESE MCKINNEY    D. T. MARSHALL | |
| 100 SOUTH LAWRENCE STREET    115 SOUTH PERRY STREET | |
| MONTGOMERY, ALABAMA    MONTGOMERY, ALABAMA | |
| *(Full name and address of the defendant(s))* | |
| **Defendant(s)** | ******* |

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2007 APR 24  A 9: 24

~~RDB07CV1061~~

**Civil No.:** 2:07CV383-WKW
*(Leave blank. To be filled in by Court.)*

## COMPLAINT

1. Jurisdiction in this case is based on:

    ☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

    ☒ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

    ☐ Other (explain) ___DO NOT TRANSFER TO ALABAMA INCOMPETENT COURTS.  THAT IS WHAT "ALL OF THEM" WANT.___



SCANNED
050307

1. On August 2, 1999, by and through its agent sheriff's officers, County of Montgomery Defendants entered the Plaintiff's residential structure, San Souci Apartments, 547 South Perry Street in brown marked cars, proceeded to the second floor of San Souci Apartments, 547 South Perry Street and approached the Plaintiff. County of Montgomery Defendants alleged, "Bill Lietzke?" When the Plaintiff acknowledged he's Bill Lietzke, County of Montgomery Defendants handcuffed, abducted, and carried the Plaintiff to Jackson Hospital, 1725 Pine Street, Montgomery, Alabama where the Plaintiff was incarcerated in a restrictive environment and could not leave.

2. County of Montgomery Defendants placed the Plaintiff in a wheelchair and shoved the Plaintiff in the wheelchair inside Jackson Hospital, 1725, Pine Street, Montgomery, Alabama. The Plaintiff was imprisoned inside Jackson Hospital, 1725 Pine Street for 2 days and the Plaintiff was also forced to sign documents.

3. On August 9, 1999, County of Montgomery Defendants returned to Jackson Hospital, 1725 Pine Street, placed shackles and chains around the Plaintiff's arms and legs, and carried the Plaintiff to the probate court of Montgomery County, 100 South Lawrence Street, Montgomery, Alabama. Present in this probate court were approximately 4 sheriff's officers, a psychiatrist known as Margaret Bok, a lawyer known as Sylvester Smith, a probate judge known as Reese Mckinney, and an unidentified probate court lawyer. Reese Mckinney stated that it was ordered that the Plaintiff be removed to the "Alabama Department of Mental Health." County of Montgomery Defendants seized the Plaintiff in shackles and chains and carried the Plaintiff back to Jackson Hospital, 1725 Pine Street.

2. The facts of this case are: 3. On August 11, 1999, County of Montgomery Defendants returned to Jackson Hospital, 1725 Pine St., placed shackles and chains around the Plaintiff's arms and legs, and carried the Plaintiff to Greil Memorial Psychiatric Hospital, 2140 Upper Wetumpka Road, Montgomery, Alabama where the Plaintiff was imprioned in a restrictive environment and could not leave.

4. In the intervening 69 days following the Plaintiff's false imprisonment, the Plaintiff was subjected to inappropriate medications and improper medical care, and the Plaintiff was forced to sign documents in order to be discharged from Greil Memorial Psychiatric Hospital. Unidentified adult males punctured the Plaintiff with large hyperdermic needles withdrawing the Plaintiff's blood. The Plaintiff was taken from Greil Memorial Psychiatric Hospital, 2140 Upper Wetumpka Road, Montgomery, Alabama to other Montgomery, Alabama locations where unidentified adult males punctured the Plaintiff with large hyperdermic needles, and was taken back to Greil Memorial Psychiatric Hospital, 2140 Upper Wetumpka Road.

5. On October 19, 1999, the Plaintiff was discharged from Greil Memorial Psychiatric Hospital, 2140 Upper Wetumpka Road by Montgomery psychiatrist Roy Pasker.

6. On December 19, 2002, by and through its sheriff's officers, County of Montgomery Defendants entered the private parking lot of Regions Mortgage, Inc., 555 South Perry Street, next door to San Souci Apartments, 547 South Perry Street in a brown marked van,

proceeded to San Souci Apartments, 547 South Perry Street, Apt. 10 and knocked on the Plaintiff's door. When the Plaintiff answered the door, County of Montgomery Defendants alleged, "Bill Lietzke?" When the Plaintiff acknowledged he's Bill Lietzke, County of Montgomery Defendants placed shackles and chains around the Plaintiff's arms and legs, abducted the Plaintiff, and carried the Plaintiff directly to Greil Memorial Psychiatric hospital, 2140 Upper Wetumpka Road, Montgomery, Alabama where the Plaintiff was incarcerated in a restrictive environment and could not leave.

7. In the intervening days following the Plaintiff's false imprisonment, the Plaintiff was subjected to inappropriate medications and improper medical care, and the Plaintiff was forced to sign documents in order to be discharged from Greil Memorial Psychiatric Hospital, 2140 Upper Wetumpka Road, Montgomery, Alabama. Unidentified adult males punctured the Plaintiff with large hyperdermic needles withdrawing the Plaintiff's blood. The Plaintiff was taken from Greil Memorial Psychiatric Hospital, 2140 2140 Upper Wetumpka Road to another Montgomery, Alabama location where the Plaintiff was forced to undergo X-ray tests and was taken back to Greil Memorial Psychiatric Hospital, 2140 Upper Wetumpka Road.

8. On December 23, 2002, County of Montgomery Defendants returned to Greil Memorial Psychiatric Hospital, 2140 Upper Wetumpka Road, placed shackles and chains around the Plaintiff's arms and legs, and carried the Plaintiff to the probate court of Montgomery County, 100 South Lawrence Street, Montgomery, Alabama. Present in this probate court were approximately 4 sheriff's officers, a lawyer known as Sylvester Smith, an unidentified probate court judge, and an unidentified probate court lawyer. This probate judge stated that it was ordered that the Plaintiff be removed to Greil Memorial Psychiatric Hospital, 2140 Upper Wetumpka Road.

County of Montgomery Defendants seized the Plaintiff and carried the Plaintiff back to Greil Memorial Psychiatric Hospital, 2140 Upper Wetumpka Road.

9. On January 6, 2003, the Plaintiff was discharged from Greil Memorial Psychiatric Hospital, 2140 Upper Wetumpka Road by Montgomery Psychiatrist Roy Pasker providing the Plaintiff report to Montgomery Area Mental Health Authority, 101 Coliseum Boulevard, Montgomery, Alabama every four weeks as a condition of the Plaintiff's discharge.

10. The Plaintiff avers that County of Montgomery Defendants took, held, detained, and arrested the Plaintiff and carried the Plaintiff into another part of the same county and are therefore guilty of first degree kidnapping.

11. The Plaintiff avers that County of Montgomery Defendants detained the Plaintiff intentionally and unlawfully and without authority of law.

12. The Plaintiff avers that County of Montgomery Defendants are therefore guilty of kidnapping if the Plaintiff was intentionally and unlawfully confined.

13. The Plaintiff avers that County of Montgomery Defendants intentionally confined the Plaintiff without lawful privilege and against the Plaintiff's consent within a limited area for extended periods of time.

14. The Plaintiff avers that County of Montgomery Defendants deprived the Plaintiff of liberty and freedom of movement and compelled the plaintiff to remain where the Plaintiff didn't wish to remain.

15. The Plaintiff avers that County of Montgomery Defendants struck, shoved, kicked, or otherwise touched the Plaintiff and subjected the Plaintiff to unlawful physical contacts and

3. The relief I want the court to order is:

❏   Damages in the amount of:   $900,000,000.00

❏   An injunction ordering: County of Montgomery Defendants serve not less than 10 years in a maximum security state prison. All original document, all records, all photographs, and any other written material from Greil Memorial Psychiatric Hospital, 2140 Upper Wetumpka Road pertaining to the Plaintiff and pertaining to the information provided in this lawsuit against County of Montgomery Defendants produced, identified, and forwarded immediately to the United States District Court, For the District of Maryland, 101 West Lombard Street, Baltimore Maryland. County of Montgomery Defendants must produce, identify, and forward all records, documents, and photographs from Greil Memorial Psychiatric Hospital, 2140 Upper Wetumpka Road to this Court containing the information provided in this lawsuit. All original records, no copies.

❏   Other (explain)

*(original signature of plaintiff)*

547 SOUTH PERRY STREET

APARTMENT 10

MONTGOMERY, ALABAMA   36104

*(address of plaintiff)*

unlawful searches and seizures in violation of the Plaintiff's First Amendment and Fourth Amendment rights of the United States Constitution.

U.S. District Court (Rev. 12/2000)                                3