IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BILL LIETZKE,  *          2:07CV383-WKW
    Plaintiff,
  v.  *  CIVIL ACTION NO. RDB-07-1061

REESE MCKINNEY, et al.,  *
    Defendants.
               ***

## ORDER

In accordance with the foregoing Memorandum Opinion, IT IS this 3rd day of May, 2007, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Clerk SHALL INCLUDE a copy of this Order and the accompanying Memorandum Opinion with the case file and SHALL FORTHWITH TRANSFER the same, pursuant to 28 U.S.C. § 1406(a), to the United States District Court for the Middle District of Alabama, P.O. Box 711, Montgomery, Alabama 36101, for all further proceedings as may be deemed appropriate by that court;

2. A decision on Plaintiff's Motion for Leave to Proceed In Forma Pauperis IS STAYED pending review by the transferee court; and

3. The Clerk SHALL MAIL a copy of this order, together with the foregoing Memorandum Opinion, to Plaintiff.

                                         /s/_____
                                         RICHARD D. BENNETT
                                         UNITED STATES DISTRICT JUDGE

