DOCUMENT

STRICKEN

AND

RETURNED

PURSUANT

TO

COURT

ORDER