IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BILL LIETZKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 2:07-cv-383-WKW-TFM |
| v. | ) |
| | ) |
| REESE MCKINNEY, *et al.* | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

The Plaintiff has filed with the Court three documents which are nothing more than vulgar expressions, irrelevant to the issues in this case. It is hereby

**ORDERED,** pursuant to Rule 12(f), Federal Rules of Civil Procedure, that the clerk is **DIRECTED** to return the two unfiled documents to the Plaintiff without filing them, and to refuse to accept for filing any further such documents. Additionally, the clerk is **DIRECTED** to strike the document already filed as "Objection" (Doc. 8) and return it to Plaintiff.

It is further **ORDERED** that the Plaintiff shall not attempt to file with this court any further documents containing vulgar language unnecessary to this issues in the case. Violation of this order could result in the Plaintiff being found guilty of contempt.

DONE this 21st day of May, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE