IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BILL LIETZKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 2:07-cv-383-WKW-TFM |
| v. | ) | [wo] |
| | ) | |
| REESE MCKINNEY, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On May 16, 2007, the Magistrate Judge filed a Recommendation (Doc. # 7) to which no timely and proper objections were made. Upon an independent review of the record and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 7) is ADOPTED; and

2. This action is DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

An appropriate judgment will be entered.

Done this 1st day of June, 2007.

                                              /s/  W.  Keith Watkins
                                        UNITED STATES DISTRICT JUDGE